UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

United States,

    -against-                                   ORDER

                                                Docket No. 17 CR 00575 (KMK)

Maroof Ahmed,

        Defendant.

-------------------------------------------------------x

KARAS, U.S. DISTRICT JUDGE:

       Kerry Lawrence, Esq., is to assume representation of the defendant in the above captioned matter nunc pro tunc as of October 15, 2019. Mr. Lawrence is appointed pursuant to the Criminal Justice Act. His address is Calhoun and Lawrence, LLP, 81 Main Street, Suite 504 White Plains, NY 10601, phone number (914)-946-5900; Email: klawrence@calhounlawrence.com

SO ORDERED

_____
KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE

Dated: White Plains, New York
          June 29, 2020