**MEMO ENDORSED**

# CALHOUN & LAWRENCE, LLP
### ATTORNEYS AT LAW
81 MAIN STREET
SUITE 504
WHITE PLAINS, NEW YORK 10601

CLINTON W. CALHOUN, III*
KERRY A. LAWRENCE**

REBECCA R. BROWN**

*ALSO ADMITTED IN VA & DC
**ALSO ADMITTED IN CT

(914) 946-5900

FAX (914) 946-5906

July 29, 2020

**BY ECF**
Hon. Kenneth M. Karas
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, NY 10601

Re: **United States v. Maroof Ahmed**
    **17 Cr. 575 (KMK)**

Dear Judge Karas:

I am writing to request the Court to submit a new authorization for my work as CJA counsel in the above-captioned case. The Court appointed me as CJA counsel on October 15, 2019, the day the defendant was sentenced. My work was to be for representing the defendant on post-sentencing issues that might result in my being able to seek a reduced sentence for Mr. Ahmed.

On April 17, 2020, private counsel entered an appearance for the defendant. I thereafter submitted a voucher and the CJA office asked me to ask the Court to redo the appointment to reflect that it was for post-sentencing work. As a result of the foregoing, I ask the Court to enter an Order appointing me as CJA counsel for Mr. Ahmed for post-sentencing work, <u>nunc pro tunc</u> from October 15, 2019, up through April 17, 2020.

The Court's consideration of this letter and request is appreciated.

Granted.

So Ordered.

*/s/ Kenneth M. Karas*

KAL/kvm   7/29/20

Respectfully submitted,

*/s/ Kerry A. Lawrence*

Kerry A. Lawrence